PERKINS COIE LLP
Amy E. Simpson, Bar No. 241090
ASimpson@perkinscoie.com
David R. Pekarek Krohn
(Pro Hac Vice)
DPekarekKrohn@perkinscoie.com
Attorneys for Defendants and Counter Claimants
EXPERIAN INFORMATION SOLUTIONS, INC. and MAPR TECHNOLOGIES, INC.

Stephen M. Lobbin (SBN 181195)
slobbin@onellp.com
**ONE LLP**
4000 MacArthur Boulevard
East Tower, Suite 500
Newport Beach, California 926 60
Tel: 949.502.2870
Fax: 949.258.5081

Attorneys for Plaintiff
**MOBILE NETWORKING SOLUTIONS, LLC**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| MOBILE NETWORKING SOLUTIONS, LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. and MAPR TECHNOLOGIES, INC.,<br>　　　　Defendants | Case No.: 8:17-cv-00884-DOC-JCG<br><br>**STIPULATION OF VOLUNTARY DISMISSAL AS BETWEEN MOBILE NETWORKING SOLUTIONS, LLC AND EXPERIAN INFORMATION SOLUTIONS, INC.** |

1  Plaintiff Mobile Networking Solutions, LLC ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that the above-captioned action is voluntarily dismissed with prejudice only as between Plaintiff and Experian as follows:

    1.  Plaintiff hereby dismisses with prejudice its claims against Experian;

    2.  Experian hereby dismisses with prejudice its counterclaims against the Plaintiff; and

    3.  Each of Plaintiff and Experian shall bear its own costs and attorneys' fees.

Dated:  October 5, 2017                                        Respectfully submitted,

**PERKINS COIE LLP**                                    **ONE LLP**

By:  */s/ Amy E. Simpson*                          By:  /s/Stephen M. Lobbin
    Amy E. Simpson, Bar No. 241090           Stephen M. Lobbin
    ASimpson@perkinscoie.com                     *Attorneys for Plaintiff Mobile*
    David R. Pekarek Krohn                              *Networking Solutions, Inc.*
    (*Pro Hac Vice*)
    DPekarekKrohn@perkinscoie.com

  *Attorneys for Defendant Experian Information Solutions, Inc.*